**Penny Roulston**

**To:** dilloncoc@bellsouth.net
**Subject:** ORDER OF REMAND - USDC Case #4:22-CV-4637-JD; Tammy Elaine Strickland v. Pilot Travel Centers, LLC, et al (Dillon County Common Pleas Case #2022-CP-17-00541)
**Attachments:** Strickland Cert Order.pdf

The Honorable Joseph Dawson, III has remanded this case back to your court. I have attached the certified true copy of the Text Court remanding this case. Please respond advising receipt of this Text Order. If you have any questions, please do not hesitate to me. Thank you.



Penny W. Roulston
Civil Case Manager for the Honorable Kaymani D. West
U.S. District Court
Florence Division
843.676.3821